# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KELVIN RAY SMITH

NO. 2022 KW 0153

**APRIL 8, 2022**

---

In Re: Kelvin Ray Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-80-0296.

---

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT